UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-337-AN |
| v. | AMENDED INFORMATION |
| TRACY MOLINA, | 41 C.F.R. § 102-74.385 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about August 21, 2025, in the District of Oregon, defendant **TRACY MOLINA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: August 22, 2025

Respectfully submitted
SCOTT E. BRADFORD
United States Attorney

*/s/ Kate Rochat*
KATE A. ROCHAT
Assistant United States Attorney