ORD PTS12C (09/06)

United States District Court
District of Oregon

**Petition for Warrant for Defendant Under
Pretrial Services Supervision**

| *Name of Defendant* <br> Tracy Molina | *Date* <br> August 27, 2025 |
|---|---|
| *Name of Judicial Officer* <br> The Honorable Jolie A. Russo, U.S. Magistrate Judge | *Case Number* <br> 3:25CR00337-AN-1 |
| *Original Offense* <br> 41 C.F.R. §102-74.385 Failing to Obey a Lawful Order | *Date Supervision Commenced* <br> August 22, 2025 |
| **Bond Conditions Imposed Include:** <br> • **The defendant shall not be present within the following geographic area surrounding the Immigration and Customs Enforcement Building (ICE) in Portland, Oregon, defined as the area bounded by South Gaines Street to the North; Interstate 5 to the West; Southwest Hamilton Court to the South; and the Willamette River to the East.** ||

**PETITIONING THE COURT**

To issue a warrant

**Nature of Noncompliance**

The defendant violated her conditions by entering the prohibited boundaries of the Immigration and Customs Enforcement building.

**U.S. Pretrial Services Officer Recommendation:**

Based upon the above allegations, it is recommended the Court order the issuance of a Warrant and order to show cause why the defendant's pretrial release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025

*Cally Ane*
Cally Ane
U.S. Pretrial Services Officer

This is submitted by Pretrial Services on behalf of the Assistant U.S. Attorney.

**THE COURT DIRECTS:**
- ☒ **The Issuance of a Warrant (conditions of supervision shall remain in effect pending final adjudication)**
- ☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
- ☐ Other: _____

*Jolie A. Russo*           August 27, 2025

Jolie A. Russo, U.S. Magistrate Judge      Date