AO 442 (Rev. 08/24 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

United States of America
v.

Tracy Molina

*Defendant*

Case No. 3:25-cr-00337-AN

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tracy Molina,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☒ Pretrial Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice
☐ Order of the Court

This offense is briefly described as follows:

Pretrial violation

Date: August 27, 2025

*Issuing officer's signature*

City and state: Portland, Oregon

U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*