AO 442 (Rev. 08/24 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

United States of America
v.

Case No. 3:25-cr-00337-AN

Tracy Molina

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tracy Molina,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☒ Pretrial Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice
☐ Order of the Court

This offense is briefly described as follows:
Pretrial violation

Date: August 27, 2025

*Issuing officer's signature*

City and state: Portland, Oregon

U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/27/2025, and the person was arrested on *(date)* 09/03/2025
at *(city and state)*

Date: 09/03/2025

*Arresting officer's signature* P1521

Inspector Robert Marquez P1521
*Printed name and title*