**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-337-AN** |
| **v.** | **SUPERSEDING INFORMATION**[1] |
| **TRACY MOLINA,** | **40 U.S.C. § 1315** |
| | **41 C.F.R. § 102-74.385** |
| **Defendant.** | **(Class C Misdemeanor)** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Failing to Comply with Lawful Direction)**
**(41 C.F.R. § 102-74.385)**

On or about July 20, 2025, in the District of Oregon, defendant **TRACY MOLINA**,

did willfully enter in and on federal property, to wit: the grounds of the Immigration and

Customs Enforcement Building, and fail to comply with the lawful direction of federal police

officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal

Regulations, Section 102-74.385, a Class C misdemeanor.

///

---

[1] This superseding information is intended to supersede citation numbers: E1763433, E1763400 and E1763478. It also supersedes the previously filed Information (Dkt. 1) and Amended Information (Dkt 4).

**Superseding Information**                                                                    **Page 1**

## COUNT 2
**(Failing to Comply with Lawful Direction)**
**(41 C.F.R. § 102-74.385)**

On or about July 28, 2025, in the District of Oregon, defendant **TRACY MOLINA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a Class C misdemeanor.

## COUNT 3
**(Failing to Comply with Lawful Direction)**
**(41 C.F.R. § 102-74.385)**

On or about August 21, 2025, in the District of Oregon, defendant **TRACY MOLINA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a Class C misdemeanor.

Dated: January 9, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C Heinz*
ARIN C. HEINZ, MIB # P80252
Assistant United States Attorney

**Superseding Information**                                    **Page 2**