Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org

Peyton Lee, OSB #164224
Assistant Federal Public Defender
Email: Peyton_Lee@fd.org

101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorneys for Defendant

FILED 01 APR '26 15:59 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00337-YY-1 |
| Plaintiff, | |
| v. | CONVENTIONALLY FILED EXHIBITS B, D, AND F TO MOTION TO DISMISS, DOCKET # 45 |
| TRACY MOLINA, | |
| Defendant. | |

FILED 01 APR '26 15:59 USDC-ORP

